IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. 1:06cv881-WKW |
| | * |
| DIAMOND PRODUCTS, INC., | * |
| | * |
|     Defendant. | * |

**ANSWER OF DIAMOND PRODUCTS, INC.**

COMES NOW the Defendant, Diamond Products, Inc., and answers the Plaintiff's Complaint as follows:

PARTIES AND JURISDICTION

1. Admitted upon information and belief.

2. Admitted.

VENUE AND JURISDICTION

3. The Defendant admits that there is diversity present between the parties. However, the Defendant has insufficient information or knowledge as to whether the amount in controversy requirement necessary for diversity jurisdiction is met in this case.

4. The Defendant has insufficient information or knowledge to admit or deny the allegations of this paragraph. Accordingly, all allegations of this paragraph are denied at this time.

FACTS

5. The Defendant has insufficient information or knowledge to admit or deny the

allegations of this paragraph at this time. Accordingly, all allegations of this paragraph are denied.

6. The Defendant has insufficient information or knowledge to admit or deny the allegations of this paragraph at this time. Accordingly, all allegations of this paragraph are denied.

7. The Defendant has insufficient information or knowledge to admit or deny the allegations of this paragraph at this time. Accordingly, all allegations of this paragraph are denied.

8. The Defendant has insufficient information or knowledge to admit or deny the allegations of this paragraph at this time. Accordingly, all allegations of this paragraph are denied.

## COUNT ONE-ACTIVE/PASSIVE NEGLIGENCE

9. Admitted or denied as set forth above.

10. The Defendant denies all liability and demands strict proof thereof.

11. The Defendant denies all liability and demands strict proof thereof.

## COUNT TWO-IMPLIED INDEMNITY

12. Admitted or denied as set forth above.

13. The Defendant denies all liability and demands strict proof thereof.

## COUNT THREE-BREACH OF WARRANTY

14. Admitted or denied as set forth above.

15. The Defendant denies all liability and demands strict proof thereof.

16. The Defendant denies all liability and demands strict proof thereof.

17. The Defendant denies all liability and demands strict proof thereof.

DEFENSES

1. The Defendant asserts the defense of issue preclusion.

2. The Defendant asserts the defense of claim preclusion.

3. The Defendant asserts the defense of res judicata.

4. The Defendant asserts the defense of collateral estoppel.

5. The Defendant asserts the defense of waiver.

6. The Defendant asserts the defense of estoppel.

7. The Defendant pleads lack of notice as a defense.

8. The Defendant pleads the defense of assumption of the risk.

9. The Defendant pleads the defense of contributory negligence.

10. The Defendant pleads the statute of frauds as a defense.

11. The Defendant pleads the defense of product misuse.

12. The Defendant pleads the defense of release.

13. The Defendant pleads the statute of limitations as a defense.

14. While the Defendant denies the product at issue was defective in any way, the Plaintiff's theories of liability are void under applicable Alabama law which prohibits contribution or indemnity from those who may be considered joint tortfeasors.

Respectfully submitted this the 27th day of October, 2006.

/s/S. Anthony Higgins
S. ANTHONY HIGGINS
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

  I hereby certify that on the 27th day of October, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert H. Sprain, Jr., Esq.
Kevin T. Shires, Esq.
Sprain & Shires, P.C.
1707 29th Court South
Birmingham, AL 35209

              /s/S. Anthony Higgins
              OF COUNSEL