IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. 1:06-cv-881-WKW |
| | * |
| DIAMOND PRODUCTS, INC., | * |
| | * |
| Defendant. | * |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed.R.Civ.P., 26(f), a meeting was held on November 20, 2006, and was attended by:

S. Anthony Higgins; Nix Holtsford Gilliland Higgins & Hitson, P.C., P. O. Box 4128, Montgomery, AL 36103-4128, (334) 215-8585; Attorney for Defendants;

Kevin Shires, Sprain & Shires, P.C., 1707 29th Court South, Birmingham, AL 35209; Attorney for Plaintiff.

The parties do not request a conference with the court before entry of the scheduling order.

1. This jury action should be ready for trial by January 7, 2008, and, at this time, is expected to take approximately 3 trial days.

2. The parties request a pretrial conference in November 2007.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the allegations of the Complaint as well as affirmative defenses asserted by the Defendant.

All discovery commenced in time to be completed by November 16, 2007.

4. Initial Disclosures. The parties will exchange by November 30, 2006, the information required by Fed.R.Civ.P, 26(a)(1).

5. The parties request until January 31, 2007, to join additional parties and amend the pleadings.

      6. Reports from retained experts under Rule 26(a)(2) due:
          from plaintiff(s) by July 13, 2007 - deposed by August 17, 2007
          from defendant(s) by September 14, 2007 - deposed by October 12, 2007

Any supplemental disclosures due by November 2, 2007.

      7. Pretrial Disclosures. Final lists of witnesses and exhibits under Rule 26(a)(3) due 60 days prior to the trial. The parties have 30 days to depose any witness not previously disclosed. Objections must be filed within 14 days of receipt of list(s).

      8. Discovery Limits.

Maximum of 50 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 10 depositions by plaintiff(s) and 10 by defendant(s). Each deposition limited to maximum of 8 hours unless extended by agreement of the parties.

Maximum of 50 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 50 requests for production of documents by each party to any other party. Responses due 30 days after service.

      9. All potentially dispositive motions filed 90 days prior to pretrial conference.

      10. Settlement cannot be evaluated prior to initial discovery being completed.

      11. Other matters: None at this time.

Pursuant to the CM/ECF procedures, the undersigned parties certify that they are in agreement regarding the joint filing of this Report of Parties' Planning Meeting.

Date: November 20, 2006

                               /s/S. Anthony Higgins
                               S. ANTHONY HIGGINS
                               Attorney for Defendants

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

/s/Kevin T. Shires
KEVIN T. SHIRES
Attorney for Plaintiff

OF COUNSEL:
SPRAIN & SHIRES, P.C.
1707 29th Court South
Birmingham, AL 35209