IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number: 1:06-cv-881-WKW |
| ) | |
| DIAMOND PRODUCTS, INC., ) | |
| ) | |
| Defendants ) | |

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Saint-Gobain Abrasives, Inc., ("Saint-Gobain"), by and through its undersigned counsel of record, and the Defendant, Diamond Products, Inc., by and through its undersigned counsel of record, and states that the above-referenced case has been settled between the parties and that all outstanding claims have been resolved and that this case is due to be dismissed with prejudice, costs tax as paid.

/s/ Kevin T. Shires
Kevin T. Shires, Esq. (ASB-4382-E64K)
Attorney for Saint-Gobain Abrasives, Inc.

**OF COUNSEL:**
Sprain & Shires, P.C.
1707 29th Court South
Birmingham, Alabama 35209
(205) 437-3232
Email: ktshires@bellsouth.net

/s/ Tony Higgins
S. Anthony Higgins
Attorney for Diamond Products, Inc.

**OF COUNSEL:**
Nix, Holtsford, Gilliland, Higgins
    and Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama  36103
(334) 215-8585
Email: thiggins@nixholtsford.com

1